**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

_____

v                        **BILL OF COSTS**

_____     **Case #** _____

Judgment having been entered in the above entitled action on _____against _____, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| **1. Clerks and Service Fees** - removal fees, filing fees. The cost of private process servers is NOT ALLOWED. Only Marshal's service fees allowed. | |
| **2. Trial Transcripts** - furnished upon request of court, or prepared pursuant to stipulation | |
| **3. Deposition Costs** - original of noticing party and prevailing party's copy of depositions used in the case; reasonable fees of notary and deposition reporter of noticing party; video depositions costs. Deposition summaries or counsel's fees NOT ALLOWED | |
| **4. Witness Fees** - at statutory rate (28 USC § 1821). Mileage outside the district limited to 100 miles each way absent prior court order. Expert witness fees at the same rate as other witness fees. Complete the worksheet on the reverse of this form, and enter the total here. | |
| **5. Copies of Papers and Exhibits** - Cost of exhibits attached to documents required to be filed and served; exemplification fees; copies of preparing clerks record on appeal. Copies of motions, pleadings and other routine case papers NOT ALLOWED. | |
| **6. Maps, Charts, Models, Photographs, Computations and Summaries** - Reasonable costs if admitted into evidence.  NO enlargements great than 8" x 10" allowed unless approved by the court. NO models allowed absent an order of the court.  Cost of compiling summaries, computations and statistical comparisons is NOT TAXABLE. | |
| **7. Interpreter and Translator Fees** - reasonable fees of interpreter allowed if the fee of witness is taxable. Translator fee allowed if document is necessarily filed or admitted in evidence. | |
| **8. Docket Fees** - Docket fees pursuant to 28 U.S.C. § 1923 | |
| | |
| **Attach to your to cost bill an itemization and documentation for requested costs in all categories.**    **TOTAL** | |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed to:

Signature of Attorney: *Michael E. Kelly* Name of Attorney _____

For: _____    Date: _____
        Name of Claiming Party

COSTS ARE TAXED IN THE AMOUNT OF ___5774.73___ AND INCLUDED IN THE JUDGMENT.

Clerk of Court   By: __/s/ Jackie Hildebrand__ Date: __March 25, 2021__
                          Deputy Clerk

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | **TOTAL** | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
     "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 day's notice. On motion served within 7 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
     "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
     "Entry of the judgment shall not be delayed for the taxing of costs."

Copies Charged From 3/16 to 5/17

| Invoice Date | Invoice Number | Copy Expense | Total Amount of costs |
|---|---|---|---:|
| 3/7/2016 | copies | 317 pages Depo exhibits | $31.70 |
| 7/8/2016 | copies | 304 pages Depo exhibits | $30.40 |
| 7/21/2016 | copies | 308 pages Depo exhibits | $30.80 |
| 7/25/2016 | copies | 349 pages Depo exhibits | $34.90 |
| 5/25/2017 | copies | 23 pages student letters | $2.30 |
|  |  |  |  |
|  |  |  |  |
|  | **Total** |  | **$130.10** |

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO | | |
|---|---|---|---|

INVOICE NO: 00001230

**MAKE CHECKS PAYABLE TO:**

Michael E. Kelly
Kelly Law PLLC
137 E. 50th Street
Garden City, ID 83714

Phone:

KATHERINE EISMANN, RMR, CRR
Federal Court Reporter
1373 Jena Drive
Chubbuck, ID 83202

Phone:   (702) 409-3556

Tax ID:   26-3550124
katherine_eismann@id.uscourts.gov

☐ CRIMINAL   ☒ CIVIL     DATE ORDERED: 03-05-2019     DATE DELIVERED:

**Case Style:** 4:15-CR-430-REB, Jun Yu v Idaho State University
Transcript of proceedings before the Honorable Ronald E. Bush, jury trial 2/26/19 - 3/1/19, estimate 690 pages.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 690 | 4.85 | 3,346.50 | | | | | | | 3,346.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 3,346.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $3,346.50 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:   */s/ Katherine Eismann*      DATE   03-05-2019

*(All previous editions of this form are cancelled and should be destroyed)*

**M&M COURT REPORTING SERVICE**
26-2913728

"Excellence in Court Reporting Since 1970"



| | | | |
|---|---|---|---|
| **Billed to:** | | **Billed:** | 8/1/2016 |

Michael E. Kelly
Kelly Talboy & Simmons, PA
380 E. ParkCenter Blvd., Ste. 200
P.O. Box 856
Boise, ID 83701-0856

| **Job #** | (43233B4) | **Invoice #** | 63113B5 | **Claim #** | |
|---|---|---|---|---|---|
| **Case:** | Yu v. Idaho State University | | | | |

**Witness:** Shannon Lynch, Ph.D.
**Date:** 7/20/2016 9:00:00 AM

**Charges:**

| | | | |
|---|---|---|---|
| 1 Certified Copy - Electronic Only | $2.25 | 105 | $236.25 |
| Exhibits - Scanned PDF | $0.15 | 46 | $6.90 |
| Kelley to Obtain Signature | | | |
| 6% sales tax | $14.59 | 1 | $14.59 |
| | **Sub Total** | | **$257.74** |
| | **Payments** | | **$0.00** |
| | **Balance Due** | | **$257.74** |

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

(Return this section with check)

| **Billed to:** | Michael E. Kelly |
|---|---|
| **Invoice #** | 63113B5 |
| **Billed:** | 8/1/2016 |
| **Amount Due:** | $257.74 |

M&M Court Reporting Service
P.O. Box 2636
Boise, ID  83701-2636

Contact: 208-345-9611
         800-234-9611
Fax:    208-345-8800
Email:  courtreporters@m-mservice.com

### M&M COURT REPORTING SERVICE
26-2913728

**"Excellence in Court Reporting Since 1970"**



**Billed to:**  
Michael E. Kelly  
Kelly Talboy & Simmons, PA  
380 E. ParkCenter Blvd., Ste. 200  
P.O. Box 856  
Boise, ID 83701-0856

**Billed:** 8/3/2016

| | | | |
|---|---|---|---|
| **Job #** | (43281B4) | **Invoice #** 63141B5 | **Claim #** |
| **Case:** | Yu v. Idaho State University | | |
| **Witness:** | Jun Yu | | |
| **Date:** | 7/26/2016 9:00:00 AM | | |

**Charges:**

| | | | |
|---|---:|---:|---:|
| O&1 Transcript Fee - Electronic Copy Only | $3.75 | 134 | $502.50 |
| Attendance Fee - Full Day | $150.00 | 1 | $150.00 |
| Exhibits 13-21 Scanned PDF | $0.15 | 89 | $13.35 |
| Original Exhibit Notebook - large | $20.00 | 1 | $20.00 |
| 6% sales tax | $2.00 | 1 | $2.00 |
| Mr. Coulter to Obtain Signature | | | |

| | |
|---|---:|
| **Sub Total** | $687.85 |
| **Payments** | $0.00 |
| **Balance Due** | $687.85 |

**Net 30 Days - We accept all major credit cards - We appreciate your business!**

---

(Return this section with check)

**Billed to:** Michael E. Kelly  
**Invoice #** 63141B5  
**Billed:** 8/3/2016  
**Amount Due:** $687.85

M&M Court Reporting Service  
P.O. Box 2636  
Boise, ID 83701-2636

Contact: 208-345-9611  
         800-234-9611  
Fax:     208-345-8800  
Email:   courtreporters@m-mservice.com

M&M COURT REPORTING SERVICE
26-2913728

"Excellence in Court Reporting Since 1970"



**Billed to:**                                           **Billed:**    8/3/2016

Michael E. Kelly
Kelly Talboy & Simmons, PA
380 E. ParkCenter Blvd., Ste. 200
P.O. Box 856
Boise, ID 83701-0856

**Job #**    (43234B4)      **Invoice #**   63146B5     **Claim #**

**Case:**    Yu v. Idaho State University

**Witness:**   Mark W. Roberts, PhD
**Date:**       7/21/2016 9:00:00 AM

**Charges:**

| Description | Rate | Qty | Amount |
|---|---:|---:|---:|
| 1 Certified Copy - Electronic Only | $2.25 | 126 | $283.50 |
| Exhibits - Scanned PDF | $0.15 | 13 | $1.95 |
| Kelley to Obtain Signature | | | |
| 6% sales tax | $17.13 | 1 | $17.13 |

| | |
|---|---:|
| **Sub Total** | $302.58 |
| **Payments** | $0.00 |
| **Balance Due** | $302.58 |

*Net 30 Days - We accept all major credit cards - We appreciate your business!*

---

(Return this section with check)     **Billed to:**    Michael E. Kelly
                                                         **Invoice #**    63146B5
                                                         **Billed:**        8/3/2016
                                                         **Amount Due:**   $302.58

M&M Court Reporting Service         Contact:   208-345-9611
P.O. Box 2636                                     800-234-9611
Boise, ID 83701-2636                   Fax:       208-345-8800
                                         Email:    courtreporters@m-mservice.com

## M & M Court Reporting Service

US Bank Plaza - 101 S. Capitol Blvd., Ste. 503
P.O. Box 2636 (83701)
Boise, ID 83702

| Date | Invoice# | Paid |
|---|---|---|
| 9/28/2016 | 63891B5 | 9/30/2016 |

**Billed to:**
Michael E. Kelly
Kelly Law, PLLC
137 E. 50th Street
Garden City, ID 83714

| | |
|---|---|
| **Date** | 9/16/2016 |
| **Time** | 8:41 |
| **Witness** | Leslie A. Speer, PhD |
| **Case** | Yu v. Idaho State University |
| **Venue** | U.S./ID |
| **Case #** | 4:15-cv-00430-REB |
| **File No.** | |
| **Claim No.** | |

| Description | Price | Quan | Total |
|---|---|---|---|
| 6% sales tax | $17.98 | 1 | $17.98 |
| Certified Transcript Fee - Ohio Rates | $3.15 | 93 | $292.95 |
| Signature waived | $0.00 | 0 | $0.00 |
| Exhibits - Scanned PDF | $0.15 | 45 | $6.75 |

Invoice Total $317.68
Payments $317.68
Balance Due $0.00

M&M COURT REPORTING SERVICE
26-2913728

"Excellence in Court Reporting Since 1970"



**Billed to:**
Jon T. Simmons
Kelly Talboy & Simmons, PA
380 E. ParkCenter Blvd., Ste. 200
P.O. Box 856
Boise, ID 83701-0856

**Billed:** 8/22/2016

RECEIVED
AUG 2 3 2016
KT&S PA

| Job # | (43433B4) | Invoice # | 63357B5 | Claim # |

**Case:** Yu v. Idaho State University

**Witness:** John E. Landers, Ph.D.
**Date:** 8/12/2016 8:52:00 AM

**Charges:**
| | | | |
|---|---|---|---|
| Certified Transcript Fee | $2.25 | 55 | $123.75 |
| B&W Exhibits Attached | $0.25 | 1 | $0.25 |
| Signature waived | | | |
| 6% sales tax | $7.44 | 1 | $7.44 |

Sub Total     $131.44
Payments      $0.00
Balance Due   $131.44

Net 30 Days - We accept all major credit cards - We appreciate your business!

(Return this section with check)

**Billed to:** Jon T. Simmons
**Invoice #** 63357B5
**Billed:** 8/22/2016
**Amount Due:** $131.44

Contact: 208-345-9611
         800-234-9611
Fax:     208-345-8800
Email:   courtreporters@m-mservice.com

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636



**M&M COURT REPORTING SERVICE**
26-2913728
"Excellence in Court Reporting Since 1970"

Billed: 8/22/2016

**Billed to:**
Jon T. Simmons
Kelly Talboy & Simmons, PA
380 E. ParkCenter Blvd., Ste. 200
P.O. Box 856
Boise, ID 83701-0856

RECEIVED
AUG 22 2016
KT&S PA

Job #   (43434B4)         Invoice #   63359B5         Claim #

Case:      Yu v. Idaho State University

Witness:   Cheri Atkins, Ph.D.
Date:      8/12/2016 12:14:00 PM

**Charges:**
| | | | |
|---|---|---|---|
| Certified Transcript Fee | $2.25 | 68 | $153.00 |
| B&W Exhibits Attached | $0.25 | 14 | $3.50 |
| Simmons to Obtain Signature | | | |
| 6% sales tax | $9.39 | 1 | $9.39 |

Sub Total    $165.89
Payments     $0.00
Balance Due  $165.89

okay to
pay 2800.032

---

Net 30 Days - We accept all major credit cards - We appreciate your business!

(Return this section with check)

**Billed to:**   Jon T. Simmons
**Invoice #**   63359B5
**Billed:**     8/22/2016
**Amount Due:** $165.89

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact: 208-345-9611
         800-234-9611
Fax:     208-345-8800
Email:   courtreporters@m-mservice.com



## M&M COURT REPORTING SERVICE
### 26-2913728
"Excellence in Court Reporting Since 1970"

RECEIVED
SEP 1 6 2016
KT&S PA

**Billed to:**
Jon T. Simmons
Kelly Talboy & Simmons, PA
380 E. ParkCenter Blvd., Ste. 200
P.O. Box 856
Boise, ID 83701-0856

Billed: 9/15/2016

| Job # | (43588B4) | Invoice # | 63714B5 | Claim # |

**Case:** Yu v. Idaho State University

**Witness:** Thomas W. Frazier, Jr., PhD
**Date:** 8/31/2016 9:00:00 AM

**Charges:**

| Description | Rate | Qty | Amount |
|---|---|---|---|
| Certified Transcript Fee | $3.15 | 54 | $170.10 |
| B&W Exhibits Attached | $0.25 | 26 | $6.50 |
| Simmons to Obtain Signature | | | |
| 6% sales tax | $10.60 | 1 | $10.60 |

Sub Total: $187.20
Payments: $0.00
Balance Due: $187.20

Okay to pay 2200.032

--- Net 30 Days - We accept all major credit cards - We appreciate your business! ---

(Return this section with check)

**Billed to:** Jon T. Simmons
**Invoice #** 63714B5
**Billed:** 9/15/2016
**Amount Due:** $187.20

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact: 208-345-9611
         800-234-9611
Fax:     208-345-8800
Email:   courtreporters@m-mservice.com



**M&M COURT REPORTING SERVICE**
26-2913728

"Excellence in Court Reporting Since 1970"

Billed: 9/15/2016

RECEIVED
SEP 16 2016
KT&S PA

**Billed to:**
Jon T. Simmons
Kelly Talboy & Simmons, PA
380 E. ParkCenter Blvd., Ste. 200
P.O. Box 856
Boise, ID 83701-0856

| | | | |
|---|---|---|---|
| **Job #** (43589B4) | **Invoice #** 63711B5 | **Claim #** | |
| **Case:** | Yu v. Idaho State University | | |
| **Witness:** | Cheryl Chase, PhD | | |
| **Date:** | 8/31/2016 1:00:00 PM | | |

**Charges:**

| | | | |
|---|---|---|---|
| O&1 Transcript Fee - Expert/Technical | $4.50 | 39 | $175.50 |
| Attendance Fee - Half Day | $75.00 | 1 | $75.00 |
| B&W Exhibits Attached | $0.25 | 1 | $0.25 |
| Coulter to Obtain Signature | | | |

| | |
|---|---|
| Sub Total | $250.75 |
| Payments | $0.00 |
| Balance Due | $250.75 |

Okay to pay 2100.032

---

Net 30 Days - We accept all major credit cards - We appreciate your business!

(Return this section with check)

**Billed to:** Jon T. Simmons
**Invoice #** 63711B5
**Billed:** 9/15/2016
**Amount Due:** $250.75

M&M Court Reporting Service
P.O. Box 2636
Boise, ID 83701-2636

Contact: 208-345-9611
         800-234-9611
Fax:     208-345-8800
Email:   courtreporters@m-mservice.com